**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 11-cv-01214-LTB

STEPHEN A. BOU, PERSONAL REPRESENTATIVE OF THE ESTATE OF CHRISTOPHER E. BOU, DECEASED, and
EDWARD C. BOU,

      Plaintiffs,

v.

PATRICK D. O'MEARA, D.O., and
PATRICK D. O'MEARA, D.O., P.C.,

      Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 3 - filed July 18, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock, Judge

DATED:   July 19, 2011